THOMAS E. DOWNS, Jr., JOHN R. SEGRAVE, ANDREW
KRONEMEYER AND MARY J. BROWN, PROSECUTORS-
APPELLANTS, v. THE MAYOR AND COMMON COUNCIL
OF THE CITY OF SOUTH AMBOY AND THE CITY OF
SOUTH AMBOY, RESPONDENTS.

Submitted October 25, 1935—Decided May 14, 1936.

512

516

For the appellants, *John E. Toolan.*

For the respondents, *Francis P. Coan* and *W. Holt Apgar.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of Mr. Justice Case in the Supreme Court.

*For affirmance*—Bodine, Donges, Hetfield, Dear, Wells, Wolfskeil, JJ. 6.

*For reversal*—The Chancellor, Heher, Perskie, Rafferty, JJ. 4.